# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2024-3493
LT Case No. 2024-CF-004168-A

———————————————————

JEIS MARIE COSME ROSARIO,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
Tatiana Radi Slavador, Judge.

Matthew J. Metz, Public Defender, and John M. Selden,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Ryan Roy, Assistant
Attorney General, Tallahassee, for Appellee.


December 23, 2025


PER CURIAM.

   AFFIRMED. *See Parks v. State*, 411 So. 3d 414, 419 (Fla. 2025).


EDWARDS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____